IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RUBEN ESPINO,<br><br>　　　　Defendant and Judgment Debtor.<br><br>COUNTY OF TULARE,<br>(and its Successors and Assignees)<br>　　　　Garnishee. | Case No.: 1:17MC00033-EPG<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHEMENT (WAGE GARNISHMENT)**<br><br>Criminal Case No.: 1:03CR05199-DAD<br><br>(ECF Nos. 6, 9) |

　　　The Court, having reviewed the United States' Application for Order Terminating the Writ of Continuing Garnishment (the "Application") (ECF No. 9), and finding good cause therefrom, hereby GRANTS the Application.

　　　The Writ of Garnishment (ECF No. 6) issued under this miscellaneous case number against Ruben Espino is hereby TERMINATED pursuant to 28 U.S.C. § 3205 (c)(10)(A) and this case is hereby CLOSED.

　　　The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

　　　Dated:  **May 14, 2020**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1